UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 2:18-mj-49
    HON. TIMOTHY P. GREELEY

William Daniel Sagataw,

    Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on November 19, 2018, for an initial appearance on the complaint charging defendant with assault resulting in serious bodily injury.

The government moved for detention which was supported by pretrial services. Defendant will be given time to consult with his attorney and may request a detention hearing at a later date.

Defendant shall be detained pending further proceeding and shall not have contact of any kind, directly or indirectly, with the victim in this case.

IT IS SO ORDERED.

    */s/ Timothy P. Greeley*
    TIMOTHY P. GREELEY
    UNITED STATES MAGISTRATE JUDGE

Dated: